UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHANIE HILL,

    Plaintiff,

v.                        Case No: 2:24-cv-374-JES-NPM

LEE COUNTY PLUMBING AND WELL SERVICE,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #12) filed on July 9, 2024. No answer or motion for summary judgment has been filed by defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___10th___ day of July 2024.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record